**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                                               NO. 4:15CR00152-1 JM

JOSHUA SENTENEY                                                                               DEFENDANT

## ORDER

Pending before the Court is a motion for issuance of a summons and revocation of pretrial release *(d.e. #14)*. For good cause shown, the motion for issuance of a summons in GRANTED. The Clerk is directed to issue a summons to Defendant Joshua Senteney for appearance at a hearing before United States Magistrate Judge J. Thomas Ray on January 8, 2016, at 2:00 p.m. to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 5th day of January , 2016.

_____
UNITED STATES MAGISTRATE JUDGE